1  Ann-Martha Andrews, SBN 012616
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   2415 East Camelback Road, Suite 800
3  Phoenix, Arizona 85016
   Telephone:  (602) 778-3700
4  Ann.Andrews@ogletree.com

5  *Attorneys for Aetna Life Insurance Company,*
6  *Bank of America Corporation Short Term*
   *Disability Plan, and Bank of America Corporation*
7

8              **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Larry Walters, | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Bank of America Corporation Short Term Disability Plan; Bank of America Corporation; Aetna Life Insurance Company, | |
| Defendants. | |

In accordance with 28 U.S.C. § 1441 and 1446, defendants Aetna Life Insurance Company, Bank of America Corporation Short-Term Disability Plan, and Bank of America Corporation remove this action from the Maricopa County, Arizona Superior Court to the United States District Court for the District of Arizona.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

**I.     THE COURT HAS FEDERAL QUESTION JURISDICTION.**

This dispute arises out of plaintiff Larry Walters's claim for benefits under a plan of short-term disability benefits established and maintained by his former employer, Bank of America Corporation.  The short-term disability plan is an employee welfare benefit plan

governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.* ("ERISA").

Bank of America Corporation, an employer, established and/or maintained a plan, fund, or program for the purpose of providing disability benefits to its employees, including Walters. *See* 29 U.S.C. § 1002(1) (defining "employee welfare benefit plan"). Bank of America Corporation self-funded its short-term disability plan via a trust. This Court has federal question jurisdiction because Walters, as a participant in the employee welfare benefit plan, seeks recovery of plan benefits.

Walters's claim is one for recovery of benefits under the employee welfare benefit plan. In accordance with 29 U.S.C. § 1132(e), the district courts of the United States have original jurisdiction over actions brought by plan participants and beneficiaries to recover benefits or other relief under employee welfare benefit plans.

Removal is proper regardless of the fact that Walters has crafted his pleading based upon state law causes of action, claims, and/or theories of recovery. In the companion cases of *Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987), and *Pilot Life Insurance Co. v. Dedeaux*, 481 U.S. 41 (1987), the United States Supreme Court established that ERISA completely preempts state law claims and displaces entirely any state causes of action, thus rendering the plaintiff's case, however pleaded, exclusively a federal question case removable to this Court.

For the reasons stated, the United States District Court for the District of Arizona has original federal question jurisdiction over this matter under 28 U.S.C. §§ 1331 and 1441, as well as 29 U.S.C. § 1132(e).

**II.    THE REMOVAL IS TIMELY.**

A.    Walters filed this action in the Maricopa County Superior Court on February 16, 2018.

B.    Walters served Bank of America Corporation through its statutory agent on February 22, 2018.

C. Walters served Bank of America Corporation Short-Term Disability Plan through its statutory agent on February 22, 2018.

D. Walters served Aetna Life Insurance Company via the State of Arizona Department of Insurance on February 27, 2018.

E. As this Notice is being filed on March 22, 2018, the removal is timely. *See* 28 U.S.C. § 1446(b).

**III. THE DEFENDANTS HAVE MET ALL REQUIREMENTS FOR REMOVAL.**

A. The defendants have attached to this Notice copies of all process, pleadings, and orders filed with the State Court prior to the filing of this Notice of Removal. (*See* Ex. A, State Court Filings and Declaration of Counsel.)

B. All defendants have joined in the removal.

C. The defendants have concurrently filed a copy of this Notice in the Maricopa County Superior Court.

D. The defendants have served a copy of this Notice upon the plaintiff's counsel.

RESPECTFULLY SUBMITTED this 22nd day of March 2018.

>
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: s/ Ann-Martha Andrews
> Ann-Martha Andrews
> 2415 East Camelback Road, Suite 800
> Phoenix, Arizona 85016
> *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>Scott E. Davis
>Scott E. Davis, P.C.
>8360 E. Raintree Drive, Suite 140
>Scottsdale, AZ 85260
>
>Scott M. Harris
>Scott M. Harris P.C.
>8360 E. Raintree Drive, Suite 140
>Scottsdale, AZ 85260
>
>*Attorneys for Plaintiff Larry Walters*

s/ Diane M. Kelly
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

33392130.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700