# EXHIBIT A

### DECLARATION

Ann-Martha Andrews, upon her oath, states as follows:

1.      I am a partner in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart P.C.  I am the attorney representing the defendants in this matter.

2.      On March 22, 2018, practice assistant Diane Kelly, of my office and under my supervision, reviewed the Maricopa County Superior Court docket.

3.      Exhibit 1 consists of true and complete copies of all pleadings and other documents filed in the state court proceedings entitled *Larry Walters v. Bank of America Corporation Short Term Disability Plan, et al.*, Maricopa County Superior Court Case No. CV2018-051670.

4.      I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of March 2018.

/s/ Ann-Martha Andrews
Ann-Martha Andrews

33392413.1

# EXHIBIT 1

Skip To MainContent

[ Search ]

⚠ **WARNING:** Bogus Phone Calls, Emails May Lead to Fraud.    **Read More...**

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2018-051670 | Judge: | Arbitration 01 | Brnovich |
| File Date: | 2/16/2018 | Location: | Northeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Larry Walters | Plaintiff | Male | Scott Davis |
| Bank Of America Corporation Short Term Disability Plan | Defendant | | Pro Per |
| Bank Of American Corporation | Defendant | | Pro Per |
| Aetna Life Insurance Company | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 2/27/2018 | AFS - Affidavit Of Service | 3/5/2018 | |
| **NOTE:** AETNA LIFE INSURANCE COMPANY | | | |
| 2/27/2018 | SUM - Summons | 3/1/2018 | |
| 2/27/2018 | SUM - Summons | 3/5/2018 | |
| 2/27/2018 | SUM - Summons | 3/5/2018 | |
| 2/27/2018 | AFS - Affidavit Of Service | 3/8/2018 | |
| **NOTE:** BANK OF AMERICA CORPORATION SHORT TERM DISABILITY PLAN | | | |
| 2/27/2018 | AFS - Affidavit Of Service | 3/8/2018 | |
| **NOTE:** BANK OF AMERICA CORPORATION | | | |
| 2/16/2018 | COM - Complaint | 2/22/2018 | |
| 2/16/2018 | CCS - Cerificate Arbitration - Subject To | 2/22/2018 | |
| 2/16/2018 | CSH - Coversheet | 2/22/2018 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

**In the Superior Court of the State of Arizona
In and For the County of Maricopa**

Case

**CV2018-051670**

CIVIL

(Please Type or Print)

Plaintiff's Attorneys
Scott E. Davis
Scott M. Harris

Attorney's Bar Number Scott Davis: 016160
Scott Harris: 011524

Plaintiff's Name(s): (List all)

LARRY WALTERS

FEB 16 2018 **FILED** 4:34 pm

Interpreter Needed? ☐ Yes ☒ No

MICHAEL K. JEANES, Clerk
By: N. Butzbach, Deputy

es, language type: _____

Attorney/Pro Per Signature

To the best of my knowledge, all information is true and correct.

Plaintiff's Address:

c/o Scott E. Davis
Scott M. Harris
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

BANK OF AMERICA CORPORATION SHORT TERM     BANK OF AMERICA CORPORATION

DISABILITY PLAN

AETNA LIFE INSURANCE COMPANY

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT: ☐ Temporary Restraining Order   ☐ Provisional Remedy
☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES  Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

**NATURE OF ACTION**
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage

☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____
**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D. ☐ 123 Hospital
☐ 122 Physician D.O ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note

Page 1 of 2

Superior Court of Arizona in Maricopa County

☐133 Foreclosure
☐138 Buyer-Plaintiff
☐139 Fraud
☒134 Other Contract (i.e. Breach of Contract)
☐135 Excess Proceeds - Sale
☐Construction Defects (Residential/Commercial)
     ☐136 Six to Nineteen Structures
     ☐137 Twenty or More Structures

**150-199  OTHER CIVIL CASE TYPES:**
☐156 Eminent Domain/Condemnation
☐151 Forcible Detainer
☐152 Change of Name
☐153 Transcript of Judgment
☐154 Foreign Judgment
☐158 Quiet Title
☐160 Forfeiture
☐175 Election Challenge
☐179 Employer Sanction Action (A.R.S. §23-212)
☐180 Injunction against Workplace Harassment
☐181 Injunction against Harassment
☐182 Civil Penalty
☐186 Water Rights (Not General Stream Adjudication)
☐187 Real Property
☐Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
☐Minor Abortion (See Juvenile in Maricopa County)
☐Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
☐Administrative Review

   (See lower court appeal cover sheet in Maricopa)
☐150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

☐155 Declaratory Judgment
☐157 Habeas Corpus
☐184 Landlord Tenant Dispute - Other
☐159 Restoration of Civil Rights (Federal)
☐159 Clearance of Records (A.R.S. §13-4051)
☐190 Declaration of Factual Innocence(A.R.S.§12-771)
☐191 Declaration of Factual Improper Party Status
☐193 Vulnerable Adult (A.R.S. §46-451)
☐165 Tribal Judgment
☐167 Structured Settlement (A.R.S. §12-2901)
☐169 Attorney Conservatorships (State Bar)
☐170 Unauthorized Practice of Law (State Bar)
☐171 Out-of-State Deposition for Foreign Jurisdiction
☐172 Secure Attendance of Prisoner
☐173 Assurance of Discontinuance
☐174 In-State Deposition for Foreign Jurisdiction
☐176 Eminent Domain–Light Rail Only
☐177 Interpleader– Automobile Only
☐178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐183 Employment Dispute - Discrimination
☐185 Employment Dispute - Other
☐163 Other

_____
(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

Superior Court of Arizona in Maricopa County

Scott E. Davis (State Bar No. 016160)
SCOTT E. DAVIS, P.C.
Scott M. Harris (State Bar No. 011524)
SCOTT M. HARRIS, P.C.

8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260
Telephone:  (602) 482-4300

email: davis@scottdavispc.com
email: harris@smharrislaw.com

*Attorneys for Plaintiff Larry Walters*

MICHAEL K. JEANES, CLERK
RECEIVED NE ORANGE
DEPOSITORY

18 FEB 16  PM 6: 37

FILED BY N. BUTZBACH

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Larry Walters,<br><br>    Plaintiff,<br><br>  v.<br><br>Bank of America Corporation Short Term Disability Plan; Bank of America Corporation; Aetna Life Insurance Company,<br><br>    Defendants. | Case No. CV2018-051670<br><br>**PLAINTIFF'S CERTIFICATE REGARDING COMPULSORY ARBITRATION** |

   The undersigned certifies that the largest award sought by Plaintiff, including punitive damages, but excluding interest, attorneys' fees and costs **does not** exceed the limits set by Local Rule for Compulsory Arbitration.  This case **is** subject to Compulsory Arbitration.

/ / /

/ / /

-1-

DATED this 16th day of February, 2018.

SCOTT E. DAVIS, P.C.

By:_____
   Scott E. Davis
   Scott M. Harris
   Attorneys for Plaintiff

-2-



18 FEB 16  PM 6:36

FILED BY N. BUTZBACH

PAID
322.00
R#24414930

1  Scott E. Davis (State Bar No. 016160)
   SCOTT E. DAVIS, P.C.
2  Scott M. Harris (State Bar No. 011524)
   SCOTT M. HARRIS, P.C.
3
   8360 E. Raintree Drive, Suite 140
4  Scottsdale, AZ 85260
   Telephone:  (602) 482-4300
5
   email: davis@scottdavispc.com
6  email: harris@smharrislaw.com

7  *Attorneys for Plaintiff Larry Walters*

8

9  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
   IN AND FOR THE COUNTY OF MARICOPA**

10

11  Larry Walters,                          Case No.  CV2018-051670

12          Plaintiff,                       **COMPLAINT**

13      v.                                   (Breach of Contract and Unpaid Wage
                                             Claim Pursuant to A.R.S. §23-355)
14  Bank of America Corporation Short Term
    Disability Plan; Bank of America Corporation;
15  Aetna Life Insurance Company,

16          Defendants.

17

18
        Now comes the Plaintiff Larry Walters (hereinafter referred to as "Plaintiff"), by and
19
    through his attorneys, Scott E. Davis and Scott M. Harris, and complaining against the
20
    Defendants, he states:
21
                                    ***Jurisdiction***
22
        1.      This is an action for the failure to pay Plaintiff his short term disability
23
    benefits (hereinafter referred to as "STD") in the form of salary continuation (i.e. wages)
24

25

26
                                    1

1   under the Bank of America Corporation Short Term Disability Plan (hereinafter referred

2   to as the "Plan").

3          2.     The Plan and all claims related herein are subject to the jurisdiction of this

4   court.

*Parties*

5

6          3.     Plaintiff is a resident of Maricopa County, Arizona.

7          4.     Bank of America Corporation (hereinafter referred to as the "Company")

8   sponsored and administered the Plan and was also liable to pay the benefits.  The Company

9   hired the Claim Administrator, Aetna Life Insurance Company (hereinafter referred to as

10  "Aetna"), to administer and make claim decisions.   In this role, Aetna functioned as an

11  agent and third party claim administrator for the Company and the Plan.

12         5.     The Plan was established by the Company for the benefit of its employees,

13  including Plaintiff, in the event they become disabled.

*Venue*

14

15         6.     Venue is proper in Maricopa County, Arizona.  The Company breached its

16  obligations and Plaintiff's resulting damages occurred in Maricopa County, Arizona.

17         7.     The Company, Aetna, the Plan and Plan Administrator conduct business

18  within Maricopa County, Arizona and all events giving rise to this Complaint occurred

19  within Maricopa County, Arizona.

*General Allegations*

20

21         8.     The Plan is an express written contract between the Company and its

22  employees to provide certain employee benefits.  At all relevant times hereto, Plaintiff

23  was an employee and covered by the Plan. Plaintiff seeks STD benefits from the Plan as

24  well as any other non-disability income employee benefits he may be entitled to from the

25

26

1    Company, the Plan and/or any other Company Plan, as a result of being found disabled in

2    this action.

3        9.      After working for the Company as a loyal employee, Plaintiff became

4    disabled on or about May 23, 2016.  Due to his serious medical conditions, Plaintiff has

5    been unable to work in his designated occupation as an Operations Control Manager since

6    May 23, 2016 and has remained continuously disabled as that term is defined in the Plan

7    and disabled from working in any occupation since that date.

8        10.     Following his disability, Plaintiff applied for STD benefits under the relevant

9    Plan.  According to the Plan, to qualify for STD benefits, the employee must meet the

10   following definition of disability:

11

12       "For purposes of determining eligibility for STD benefits, disabled is defined
         as your inability to perform your essential occupation functions, including
13       working your regularly scheduled hours, for more than seven consecutive
         calendar days because of a pregnancy, illness, injury, non-elective surgery or
14       hospitalization."

15       11.     In support of his claim for STD benefits, Plaintiff submitted medical records

16   to Aetna from his treating medical professionals who supported his allegation that he was

17   disabled and met the Plan's relevant definition of disability.

18       12.     Aetna informed Plaintiff in a letter dated June 28, 2016 that it was denying his

19   claim for STD benefits because it did not find he was disabled or that he met the relevant

20   definition of disability.

21       13.     Plaintiff timely appealed Aetna's June 28, 2016 denial of his STD claim and

22   in support of his claim, Plaintiff submitted additional medical evidence which demonstrated

23   that he met the definition of disability set forth in the Plan.

24

25

26

14.     On appeal, Plaintiff submitted one of Aetna's own Attending Physician's Statements, dated June 21, 2016, completed by his treating medical provider, who confirmed Plaintiff "…[would] need to be absent from work due to a disability…" and that his disability would extend to December 1, 2017.

15.     In support of his claim, Plaintiff submitted two medical records dated July 5, 2016 and August 2, 2016 from his treating medical provider who documented his "pain rate 7/10" and stated, "since the patient's last appointment, the pain has increased."

16.     Upon information and belief, following Plaintiff's submission of this additional evidence, as part of its review, Aetna obtained a medical records only "paper review" of Plaintiff's claim from a medical professional of its choosing, Dr. Hertza.

17.     Plaintiff alleges Dr. Hertza may be a long time consultant for Aetna and has an incentive to protect his own consulting relationship with Aetna by providing paper reviews which selectively review or ignore evidence, such as occurred in Plaintiff's claim in order to provide opinions and report(s) which are favorable to Aetna and which supported the denial of Plaintiff's claim.

18.     Aetna informed Plaintiff in a letter dated September 4, 2016 that it was partially overturning its June 28, 2016 decision to deny his claim.  Aetna advised Plaintiff it had found he met the definition of disability set forth in the Plan during the period of May 23, 2016 through August 3, 2016 and paid Plaintiff STD benefits, but only for that period.

19.     Aetna advised Plaintiff in its September 4, 2016 decision letter it was denying his claim and would not pay benefits beyond August 3, 2016.

20.     Aetna did not provide Plaintiff with the opportunity to submit new medical evidence supporting his claim beyond August 3, 2016, but instead advised Plaintiff its September 4, 2016 decision was final and that he had exhausted his administrative remedies and could file a civil action.

4

21.     Upon information and belief, in addition to STD benefits, by virtue of meeting the Plan's definition of disability, Plaintiff may be entitled to and seeks, other non-disability income employee benefits from the Company and/or from the Plan pursuant the terms of the Plan or any other Company Plan.

22.     At the time of filing this Complaint, Plaintiff is not in a position to know what, or if any other employee benefits may be available to him in the event he is found disabled.

## I.     *Breach of Contract*

23.     All previous paragraphs are incorporated herein by reference.

24.     The Plan states that Plaintiff is entitled to the continuation of his wages at a certain amount if he meets the Plan's definition of disability.

25.     Plaintiff has submitted documentary evidence that is sufficient to prove that he met the definition of disability set forth in the Plan from May 23, 2016 through the entire STD period, which extends through to November 21, 2016.

26.     Aetna's failure to find that Plaintiff was disabled pursuant to the Plan and failure to pay him the benefits he was entitled to is a breach of Defendants' contractual duties under the Plan.

27.     As a direct result of Defendants' breach of the Plan, Plaintiff has been injured and suffered damages in the form of lost STD benefits.

28.     As a direct result of Defendants' breach of the Plan, in addition to Plaintiff's loss of STD benefits, he may have lost other potential non-disability income employee benefits he was entitled to from the Plan, from any other Company Plan and/or the Company itself as a result of being found disabled.

29.     As a result of Defendants' breach of the Plan, Plaintiff is entitled to recover unpaid STD benefits and any other non-disability employee benefits due to him, prejudgment interest, and reasonable attorney's fees and costs pursuant to A.R.S. § 12-341.01 from Defendants.

## II.     Unpaid Wage Claim pursuant to A.R.S. §23-355

30.     All previous paragraphs are incorporated herein by reference.

31.     The Company is an employer under Arizona law and is subject to the wage laws of the State of Arizona.

32.     Plaintiff was an employee of the Company as defined in the Plan and under Arizona law.

33.     Under the Plan covering Plaintiff and administered by the Defendants, the Company agreed to pay him wages in the form of disability benefits if he met the definition of disability set forth in the Plan.

34.     Plaintiff had a reasonable expectation under the Plan that he would receive disability benefits and any potential non-disability employee benefits if he met the definition of disability and any other relevant terms in the Plan.

35.     The Company and/or the Plan failed to pay Plaintiff all of the wages he is entitled to under the Plan in violation of Arizona wage law, specifically A.R.S. §23-355.

36.     Plaintiff has suffered damages as a direct result of the Company and/or the Plan's failure to pay all of his wage continuation payments.

37.     Pursuant to A.R.S. §23-355 Plaintiff is entitled to treble damages of the amount of wrongfully withheld wages.

38.     Plaintiff is also entitled to compensatory damages as well as his attorney's fees and costs pursuant to A.R.S. § 12-341.01, and other damages to be proven at trial.

1  WHEREFORE, Plaintiff prays for judgment as follows:

2  A.   That Defendants breached the terms of the Plan and that Plaintiff met the

3  definition of disability set forth in the Plan from May 23, 2016 through the entire duration

4  of the STD benefit period;

5  B.   That Defendants are required to pay Plaintiff the remaining short term

6  disability benefits that are owed, and any other non-disability income employee benefits

7  he may be entitled to from the Defendants as a result of being found disabled pursuant to

8  the Plan, and/or any other Company Plan, and/or the Company, from May 23, 2016

9  through the end of the short term disability period;

10  C.   That Plaintiff is entitled to pre and post judgment interest on the wrongfully

11  denied short term disability benefits;

12  D.   That Defendants are required to pay Plaintiff the wages to which he is

13  entitled to under the Plan, as well as treble damages on the amount of Plaintiff's unpaid

14  wages under A.R.S. §23-355;

15  E.   For attorney's fees and costs incurred as a result of prosecuting this suit

16  pursuant to A.R.S. § 12-341.01; and

17  F.   For such other and further relief as the Court deems just and proper.

18  DATED this 16th day of February, 2018.

19

20  SCOTT E. DAVIS, P.C.

21  By:_____

22  Scott E. Davis
   Scott M. Harris

23  Attorneys for Plaintiff

24

25

26

7

MICHAEL K. JEANES, CLERK
BY
DEP
G. RAMIREZ, FILED

ORIGINAL

18 FEB 27 PM 4: 17

1

Scott E. Davis (State Bar No. 016160)
2   SCOTT E. DAVIS, P.C.
Scott M. Harris (State Bar No. 011524)
3   SCOTT M. HARRIS, P.C.

4   8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260
5   Telephone:  (602) 482-4300

6   email: davis@scottdavispc.com
email: harris@smharrislaw.com
7

8   *Attorneys for Plaintiff Larry Walters*

9          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**
10

11
|  |  |
Larry Walters,                     | Case No.   CV 2018-051670
12
13          Plaintiff,                 **SUMMONS**

14     v.

If you would like legal advice from a lawyer,
15   Bank of America Corporation Short Term          contact the Lawyer Referral Service at
Disability Plan; Bank of America Corporation;          602-257-4434
16   Aetna Life Insurance Company,                      or
www.maricopalawyers.org
17          Defendants.                         Sponsored by the
Maricopa County Bar Association
18

19
THE STATE OF ARIZONA TO DEFENDANTS:
20

21                *Bank of America Corporation*
*c/o CT Corporation System*
22              *3800 N. Central Avenue, Suite 460*
*Phoenix, AZ 85012*
23
**YOU ARE HEREBY SUMMONED** and required to appear and defend in this
24
action, in this Court within the following time limits:
25

-1-

If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where a process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt an affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS § 20-22, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that a copy of the Summons and Complaint may be obtained from the Clerk of the Maricopa County Superior Court located at 201 West Jefferson, Phoenix, Arizona 85003.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); ARS § 12-311; RCP 5.

The Plaintiff's attorneys are:

-2-

Scott E. Davis, Esq.
Scott M. Harris, Esq.
8360 East Raintree Drive, Suite 140
Scottsdale, AZ 85260
(602) 252-7400

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

SIGNED AND SEALED this _____ day of _____ FEB 1 6 2018 _____.



MICHAEL K. JEANES, CLERK

Clerk of Superior Court

Deputy Clerk

N. BUTZBACH

-3-

MICHAEL K. JEANES, CLERK
BY *Ramirez* DEP

**ORIGINAL**

G. RAMIREZ. FILED
18 FEB 27 PM 4: 17

1  
2  Scott E. Davis (State Bar No. 016160)
   SCOTT E. DAVIS, P.C.
3  Scott M. Harris (State Bar No. 011524)
   SCOTT M. HARRIS, P.C.

4  8360 E. Raintree Drive, Suite 140
   Scottsdale, AZ 85260
5  Telephone: (602) 482-4300

6  email: davis@scottdavispc.com
7  email: harris@smharrislaw.com

8  *Attorneys for Plaintiff Larry Walters*

9       **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
10          **IN AND FOR THE COUNTY OF MARICOPA**

11

12  Larry Walters,                         Case No. **CV2018-051670**

13          Plaintiff,                     **SUMMONS**

14       v.
                                           If you would like legal advice from a lawyer,
15  Bank of America Corporation Short Term    contact the Lawyer Referral Service at
    Disability Plan; Bank of America Corporation;          602-257-4434
16  Aetna Life Insurance Company,                           or
                                                    www.maricopalawyers.org
17          Defendants.                             Sponsored by the
                                                 Maricopa County Bar Association

18

19

20       THE STATE OF ARIZONA TO DEFENDANTS:

21       *Bank of America Corporation Short Term Disability Plan*
                *c/o CT Corporation System*
22             *3800 N. Central Avenue, Suite 460*
                    *Phoenix, AZ 85012*

23       **YOU ARE HEREBY SUMMONED** and required to appear and defend in this

24  action, in this Court within the following time limits:

25

                              -1-

If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where a process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt an affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS § 20-22, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that a copy of the Summons and Complaint may be obtained from the Clerk of the Maricopa County Superior Court located at 201 West Jefferson, Phoenix, Arizona 85003.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); ARS § 12-311; RCP 5.

The Plaintiff's attorneys are:

-2-

1

2          Scott E. Davis, Esq.
           Scott M. Harris, Esq.
3      8360 East Raintree Drive, Suite 140
           Scottsdale, AZ 85260
4            (602) 252-7400

5      Requests for reasonable accommodation for persons with disabilities must be

6   made to the division assigned to the case by the party needing accommodation or

7
    his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.
8
9      Requests for an interpreter for persons with limited English proficiency must

10  be made to the division assigned to the case by the party needing the interpreter

11  and/or translator or his/her counsel at least ten (10) judicial days in advance of a

12  scheduled court proceeding.

13          SIGNED AND SEALED this _____ day of _____ FEB 1 6 2018 _____.

14

15                              MICHAEL K. JEANES, CLERK

16                              _____
                                Clerk of Superior Court
17

18                              N. Butzbach
                                Deputy Clerk
19
                                       N. BUTZBACH
20

21

22

23

24

25

-3-



MICHAEL K. JEANES, CLERK
BY
*AS Romero*
A.S. ROMERO. FILED

**2018 FEB 27  AM 11: 23**

1

Scott E. Davis (State Bar No. 016160)
SCOTT E. DAVIS, P.C.
Scott M. Harris (State Bar No. 011524)
SCOTT M. HARRIS, P.C.

8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260
Telephone:  (602) 482-4300

email: davis@scottdavispc.com
email: harris@smharrislaw.com

*Attorneys for Plaintiff Larry Walters*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Larry Walters,<br><br>          Plaintiff,<br><br>     v.<br><br>Bank of America Corporation Short Term<br>Disability Plan; Bank of America Corporation;<br>Aetna Life Insurance Company,<br><br>          Defendants. | Case No. CV2018-051670<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer,<br>contact the Lawyer Referral Service at<br>602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

THE STATE OF ARIZONA TO DEFENDANTS:

*Aetna Life Insurance Company*
*c/o its Statutory Agent*
*Director of Insurance*
*2910 N. 44th Street*
*Phoenix, AZ 85018*

**YOU ARE HEREBY SUMMONED** and required to appear and defend in this

action, in this Court within the following time limits:

-1-

If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where a process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt an affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS § 20-22, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that a copy of the Summons and Complaint may be obtained from the Clerk of the Maricopa County Superior Court located at 201 West Jefferson, Phoenix, Arizona 85003.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); ARS § 12-311; RCP 5.

The Plaintiff's attorneys are:

-2-

1

2
Scott E. Davis, Esq.
Scott M. Harris, Esq.
3
8360 East Raintree Drive, Suite 140
Scottsdale, AZ 85260
4
(602) 252-7400

5
Requests for reasonable accommodation for persons with disabilities must be
6
made to the division assigned to the case by the party needing accommodation or
7
his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.
8
9
Requests for an interpreter for persons with limited English proficiency must
10
be made to the division assigned to the case by the party needing the interpreter
11
and/or translator or his/her counsel at least ten (10) judicial days in advance of a
12
scheduled court proceeding.
13
SIGNED AND SEALED this _____ day of _____ FEB 1 6 2018 _____.
14

15
16
17
18
19
20
21
22
23
24
25



MICHAEL K. JEANES, CLERK
_____
Clerk of Superior Court

_____
Deputy Clerk
N. BUTZBACH

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

**COPY**

Inv. #

122694

**LARRY WALTERS**

## SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

FEB 2 7 2018

MICHAEL K. JEANES, CLERK
G. RAMIREZ
DEPUTY CLERK

**Plaintiff / Petitioner,**

vs.

**BANK OF AMERICA CORPORATION SHORT TERM**
**DISABILITY PLAN; et al.**

**Defendant / Respondent.**

NO.  CV2018-051670

CERTIFICATE OF SERVICE

Tina Nemeth _____, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from                **SCOTT M. HARRIS**                on        2/22/18       ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

NAME:    BANK OF AMERICA CORPORATION, c/o CT Corporation Systems

DATE & TIME:  2/22/18 12:05pm
PLACE &     3800 N. CENTRAL AVENUE STE.460  PHOENIX, AZ 85012, which is his/her place of business.
MANNER:     By serving Scott Whaley, Clerk, a person authorized to accept such service on their behalf, in person.

Description of the Named: Male, Age: 30's, Ht: 5' 11in., Wt: 180, Hair: brown, Ethnicity: Cauc.

**Affiant - Registered in**
**Maricopa County**

**Statement of Costs**
| | |
|---|---|
| Services | $16.00 |
| Mileage | |
| Sp. Handl. | |
| Witness | |
| Advances | |
| Cert. Prep | $12.00 |
| Other | |
| **Total** | **$28.00** |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

**COPY**

Inv. #

**122693**

**SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**



FEB 2 7 2018

MICHAEL K. JEANES, CLERK
G. RAMIREZ
DEPUTY CLERK

**LARRY WALTERS**

Plaintiff / Petitioner,

*COPY*

vs.

**BANK OF AMERICA CORPORATION SHORT TERM**
**DISABILITY PLAN; et al.**

Defendant / Respondent.

NO. **CV2018-051670**

CERTIFICATE OF SERVICE

Tina Nemeth _____ , the undersigned certifies under penalty of perjury: That I am fully qualified pursuant
to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this
action:
**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from _____ **SCOTT M. HARRIS** _____ on _____ **2/22/18** _____ ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where
noted, all services were made in Maricopa County, Arizona.

NAME:   **BANK OF AMERICA CORPORATION SHORT TERM DISABILITY PLAN, c/o CT Corporation Systems**

**DATE & TIME:** 2/22/18 12:03pm
**PLACE &**   3800 N. CENTRAL AVENUE STE.460  PHOENIX, AZ 85012, which is his/her place of business.
**MANNER:**   By serving Scott Whaley, Clerk, a person authorized to accept such service on their behalf, in person.

Description of the Named: Male, Age: 30's, Ht: 5' 11in., Wt: 180, Hair: brown, Ethnicity: Cauc.

**Statement of Costs**

| | |
|---|---|
| Services | $16.00 |
| Mileage | $24.00 |
| Sp. Handl. | |
| Witness | |
| Advances | |
| Cert. Prep | $12.00 |
| Other | |
| Total | $52.00 |

**Affiant - Registered in**
**Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901



Inv. #

**122692**

**LARRY WALTERS**

**SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

FEB 27 2018

MICHAEL K. JEANES, CLERK
A. S. ROMERO
DEPUTY CLERK

Plaintiff / Petitioner,

vs.

**BANK OF AMERICA CORPORATION SHORT TERM DISABILITY PLAN; et al.**

Defendant / Respondent.

COPY

NO.  CV2018-051670

CERTIFICATE OF SERVICE

Geoffrey Roberts _____, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from _____ **SCOTT M. HARRIS** _____ on _____ **2/22/18** _____ ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**  AETNA LIFE INSURANCE COMPANY, c/o Arizona Department of Insurance

**DATE & TIME:** 2/23/18 2:46pm
**PLACE &** 2910 N. 44TH STREET STE.210 PHOENIX, AZ 85018, which is his/her place of business.
**MANNER:** By serving Yuliana Salinas, Fiscal Service Specialist, a person authorized to accept such service on their behalf, in person.

$15.00 service fee tendered. Description of the Named: Female, Age: 30's, Ht: 5' 3in., Wt: 190, Eyes: brown, Hair: black, Ethnicity: Hisp.

**Statement of Costs**
| | |
|---|---|
| Services | $16.00 |
| Mileage | $24.00 |
| Sp. Handl. | |
| Witness | |
| Advances | |
| Cert. Prep | $12.00 |
| Other | |
| **Total** | **$52.00** |

Affiant - Registered in
Maricopa County

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.



## Arizona Department of Insurance
# RECEIPT OF PAYMENT

*The mission of the Department of Insurance is to faithfully execute state insurance laws in a manner that protects insurance consumers and encourages robust competition and economic development.*

| Date: | 02/23/2018 |
|---|---|
| Receipt #: | 0067624 |

ADDITIONAL INFORMATION:
AETNA LIFE INSURANCE COMPANY
CV2018-051670

| Payor/Licensee Name: | SCOTT M. HARRIS, P.C. |
|---|---|

| Description of Fee | Amount |
|---|---|
| OTHER, SERVICE OF PROCESS FEES | $15.00 |
| **Transaction Total:** | **$15.00** |

| Payment Information | |
|---|---|
| **Amount Paid by Check 8642:** | **$15.00** |
| **Credit Tendered:** | **$0.00** |
| **Cash Tendered:** | **$0.00** |
| **Change Returned:** | **$0.00** |
| **Payment Total:** | **$15.00** |

The Arizona Department of Insurance continually works to improve service to its customers.
Please send, fax or e-mail any ideas on how we can improve to

Scott B. Greenberg, Chief Operating Officer
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269
Fax: 602.364.2400
e-mail: SGreenberg@azinsurance.gov.