Scott E. Davis (State Bar No. 016160)
SCOTT E. DAVIS, P.C.
Scott M. Harris (State Bar No. 011524)
SCOTT M. HARRIS, P.C.

8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260
Telephone: (602) 482-4300

email: davis@scottdavispc.com
email: harris@smharrislaw.com

*Attorneys for Plaintiff Larry Walters*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Larry Walters,<br><br>           Plaintiff,<br><br>    v.<br><br>Bank of America Corporation Short Term Disability Plan; Bank of America Corporation; Aetna Life Insurance Company,<br><br>           Defendants. | Case No. 2:18-CV-00906-SRB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that this case has settled. The parties are working on finalizing the settlement documentation at this time. The parties will as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 11th day of May, 2018.

*/s/ Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Scott M. Harris, Esq.
Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
Esplanade Center III
2415 E. Camelback Road
Suite 800
Phoenix, AZ 85016

By: */s/ Lisa L. Martinez*
An employee of Scott E. Davis, P.C.