# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Walters, | No. 2:18-cv-00906-SRB |
| Plaintiff, | |
| vs. | **ORDER** |
| Bank of America Corporation Short Term Disability Plan; Bank of America Corporation; Aetna Life Insurance Company, | |
| Defendants. | |

Pursuant to the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED dismissing this action in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

Dated this 3rd day of July, 2018.

_____
Susan R. Bolton
United States District Judge